# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00472-CV

**City of Austin, Appellant**

**v.**

**Ronnie Esparza, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-05-000132, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 10, 2012, the court issued opinions and judgment in this appeal. On September 7, 2012, appellant the City of Austin filed an unopposed motion to extend time to file motion for rehearing. On September 17, 2012, the parties filed a joint motion to dismiss the appeal. They state that they have finalized a settlement agreement that resolves all issues in dispute in this appeal. Accordingly, we grant the parties' joint motion to dismiss, withdraw the court's opinions and judgment dated August 10, 2012, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a), (c). Appellant's motion to extend time to file motion for rehearing is dismissed as moot.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Joint Motion

Filed:   September 20, 2012